# First District Court of Appeal
## State of Florida

—————————————————

No. 1D2023-0095

—————————————————

JUSTIN BEAU BARRS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

April 10, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Justin Beau Barrs, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.